UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-090

No. 22-8032

IN RE: LOUIS N. DELLOSO,
Debtor

Strategic Funding Source, Inc. d/b/a Kapitus,
Petitioner

(D. Del. No. 1-22-cv-00462; Del. Bankr. No. 16-10832)

Present:  JORDAN, PORTER, and MATEY, Circuit Judges

1.  Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Strategic Funding Source Inc.

2.  Response filed by Respondent Louis N. Delloso

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: August 4, 2022
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk